| DIST. | OFF. | DOCKET | FILING DATE | J | N/S | CC | D | M | $ DEMAND Nearest $1,000 | JUDGE/MAG | COUNTY | JURY DEM. | DOCKET YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0536 | 02 | 80 1709 | 11 04 80 | 3 | 440 | 1 | | | | J 3609 XXXX M 36JH | 22019 | | 80 | 1709 |

CI 801709

### PLAINTIFFS

CONLEY, Rickey Dale
CONLEY, Lana Gail
CONLEY, Lawrence H.
GREEN, Ethel Marie         BOOKER, Linda
GREEN, Nelson              BOOKER, George
LEWIS, Janie B.            BOOKER, Kirk
LEWIS, Pandora             BOOKER, Zerline
LEWIS, Lloyd O.            FONDAL, David J., III
RINGO, Johnny E.           FONDAL, David J., II
RINGO, Jerome              LEWIS, Linda
RINGO, Earl Lawrence       LEWIS, Harold L., Jr.
WARE, Deborah              LEWIS, Barbara
WARE, Reginald             LEWIS, Harold L.
WARE, Rodney               PRADIA, Dwight
WARE, Dennis, III          PRADIA, Naomi
WARE, Frances              ALL STUDENTS OF CALCASIEU PARISH SCHOOL BOARD
WARE, Mildred S.
ALL STUDENTS OF CITY OF LAKE CHARLES SCHOOL BOARD

(SUPPLEMENTING CI 9981-LC)

*July 82*

### DEFENDANTS

LAKE CHARLES SCHOOL BOARD
FORD, G. W., Superintendent
CALCASIEU PARISH SCHOOL BOARD
NORTON, H. A., Superintendent

### CAUSE
(CITE THE U.S. CIVIL STATUTE UNDER WHICH THE CASE IS FILED AND WRITE A BRIEF STATEMENT OF CAUSE)

28 USC 1331 & Section 24(14 of the Judicial Code USCA 1343(3). Title 42 USC 1983. Section 41 and 43 of US Code, Title 8. Section 274d of the Judicial Code (28 USC 2201).
CIVIL RIGHTS CASE/school.                                                                    DM

### ATTORNEYS

*Deceased*
~~LOUIS BERRY~~ AND ~~P. SPENCER TORRY~~
1406 Ninth Street, Alexandria, La. 71301
PH#318/473-0782

HOMER C. SINGLETON, JR.
715 South Ryan St., Lake Charles, La. 70601
PH#318/439-5577 for Lawrence E. Conley
    effective: _____

LEONARD KNAPP, JR., District Attorney for 14th Jud. Dist.(Gregory W. Belfour, Asst. D.A.) P.O. Box 3206, Lake Charles, La. 70602
PH#318/433-0401

AND

RANKIN, YELDELL, HERRING & KATZ (Stephen J. Katz) 110 North Franklin St., Bastrop, La. 71220   PH#318/281-4913

### FILING FEES PAID

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | DATE | $ | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|
| ☐ | 11-7-80 | $60.00 | *Louis Berry* | |
| | 5-3-84 | 70.00 | *Appeal fee Singleton, Jr.* | |

### STATISTICAL CARDS

| CARD | DATE MAILED |
|---|---|
| JS-5 | |
| JS-6 | |

| DATE | NR. | LAKE CHARLES DIVISION — PROCEEDINGS |
|---|---|---|
| 11-04-80 | 1 | MOTION(Ps) for additional relief. TREATING AS NEW SUIT, SUPPLEMENTING CI 9981-LC. (dm) # |
| 11-06-80 | 2 | ORDER(EEV) that motion for additional relief be filed & that service be made. NOE 11-6-80 by JB. (dm) |
| 11-04-80 | 3 | MOTION(Attys Berry & Torry) to be registered as attys for Pltfs w/order granting same. NOE 11-6-80 by JB. (dm) |
| 11-10-80 | 4 | SUMMONS. (dm) |
| 12-01-80 | 5 | MR Re #4; Lake Charles School Board, G. W. Ford and H. A. Norton served 11-18-80. (dm) |
| 12-08-80 | 6 | NOTICE OF APPEARANCE(Messrs Knapp & Belfour) at counsel for Ds. (dm) |
| 03-11-81 | 7-9 | MOTION(Calcasieu Par. School Bd.) for a more definite stmt; noticed on 3-16-81 for 4-16-81 hearing. NOE. (dm)   M |
| 04-02-81 | 10-11 | ANSWER(Ps) to motion for more definite statement. (dm) |
| 04-16-81 | 12 | MINUTES from motion hearing---3-11-81 motion passed and not to be refixed til Ct. orders. NOE 4-16-81 by JB. (EEV/dm) |
| 05-22-81 | 13 | ANSWER(Ds) to motion for addi. relief. (dm) |
| 08-03-81 | 14 | INTERROGATORIES(P) to Lake Charles School Board w/answers provided. (dm) |
| 08-24-81 | 15 | MOTION(Ps) for SJ, referred to EEV to ask whether hearing is necessary. (dm)   M |
| 09-03-81 | 16 | NOTICE(Clerk) setting motion #15 for hearing on 9-24-81. NOE. (dm) |
| 09-16-81 | 17 | CANCELLATION OF MOTION HEARING(Clerk) upsetting #16 per LR 10(e); setting will be made upon receipt of brief. NOE (dm) |
| 9-25-81 | 18 | MEMORANDUM (P) in support of motion for SJ (as) |
| 10-08-81 | 19 | MEMORANDUM(Ds) in opposition to motion for SJ. (dm) |
| 12-29-81 | 20 | MOTION(Calcasieu Parish School Board) to enroll Counsel; (dm) |
|  | 21 | ORDER(EEV) granting #20 and enrolling Atty Katz. NOE 12-29-81 by SW. (dm) |
| 02-08-82 | 22 | MEMORANDUM Ruling declining to render opinion re:Calcasieu Par. School Board's "J.Y. Garber Elementary School Proposal" (EFH/pm)NOE/sw |
|  | 23-24 | MOTION (Joint) to Approve Magnet School at J.Y. Garber Elementary School:see Memorandum Ruling above (pm) |
| 07-13-82 | 25-26 | MOTION (Joint) for Approval of Settlement, filed into record unsigned per Judge Veron along w/Documents 27 and 28 (pm) |
| 07-13-82 | 27 | NOTICE of Pendency of Class Action and Proposed Compromise & Settlement (pm) |
|  | 28 | CONSENT DECREE, Order and Judgment w/Respect to Claims of Pltfs. and Defts., (w/attachment (pm) |
| 07-15-82 | 29 | MEMORANDUM RULING(EEV) Parties have agreed that plan is fair, reasonable and adequate Ct makes no findings/conclusions. NOE 7-15-82 by SW:ENTERED 7-20-82 by DM. (dm) |
| 03-25-83 | --- | Received copy of motion to dismiss filed this date in 83-0242; Atty Katz asked that copy be filed into this record as well as it pertains to both cases (dm) |
| 05-19-83 | 30 | MOTION(P/Intvr.) to intervene and memorandum in support. (dm) |
| 05-23-83 | 31 | MINUTES from motion hearing. Motion #30 is granted & motion for addi. relief is denied. Matter is TUA. NOE 5-23-83 by JB. (EEV/dm) |
| 05-23-83 | 32 | MOTION(Ps) to intervene and for addi. relief. (dm) |
| 08-09-83 |  | Record in this case was sent to Court of Appeals on 7-20-83 as an Exhibit in Civil Action No. 83-0242. (weg) |
| 09-01-83 | 33 | MOTION(Attys Ieyoub & Singleton) to enroll as co-counsel for Lawrence Conley w/note from EEV to place this on motion calendar. (dm) |
| 09-23-83 | 34 | NOTICE(Clerk) setting motion #33 for hearing on 10-19-83. NOE. Record has been sent to CtA as an exhibit in 83-0242. Sending LCO & EEV copy of DS. (dm) |
| 10-07-83 | 35 | OPPOSITION(D) to motion to enroll as co-counsel by Attys Ieyoub and Singleton. (dm) |
| 10-17-83 | 36 | M.E.(EEV) Motion hearing of 10-19 is upset & refixed for 11-30-83 at 10:00 AM. NOE (dm) * |
| 10-17-83 | 37 | OPPOSITION(Attys Berry & Torry) to motion to enroll as co-counsel by Attys Ieyoub and Singleton. (dm) *and Memorandum in Opposition. |
| 10-19-83 | 38 | MINUTES from motion hearing. Motion #33 is upset & refixed for 11-30-83 at 9:00 AM. NOE 10-20-83 by JB. (EEV/dm) |
| 12-8-83 | -- | RECORD returned from Ct.A as exhibit in 83-2042. (ml) |

*See Next Page*

| | | CIVIL DOCKET CONTINUATION SHEET (LAKE CHARLES DIVISION) | |
|---|---|---|---|
| PLAINTIFF<br>CONLEY, Rickey Dale, ET AL | | DEFENDANT<br>LAKE CHARLES SCHOOL BOARD | DOCKET NO. CI80-1709<br>PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11-30-83 | 39 | MINUTES   from motion hearing.  Motion #33 denied. Mr. Katz shall submit formal order to the Ct by 12-7-83.  Testimonys will be allowed on 1-30-84 and counsel shall clear their calendars for minimum of 1 wk beg. 1-30-84 |
| 11-30-83 | 40 | REPLY BRIEF(Atty Singleton) to opposition to motion to enroll as counsel. (dm) |
| 12-09-83 | 41--42 | MOTION(Lawrence Conley) to reconsider enrollment of counsel. (dm) |
| 12-12-83 | 43 | MOTION(Joint) to settle outstanding issues and for Ct. to enter an order giving notice of settlement to class members and to fix hearing date. (dm) |
| | 44 | ORDER(EEV) setting hearing on 1-30-84 to determine whether proposed consent decree, order & judgment should be finally approved. NOE 12-12-83 by MN. (dm) |
| | 45 | NOTICE(Clerk/MN) of pendency of class action & proposed compromise & settlement. NOE 12-12-83 by MN. (dm) |
| 12-12-83 | ---- | TRANSCRIPT   of proceedings before EEV on 11-30-83. (dm) |
| 12-15-83 | 46 | LETTER(Atty Berry) to EEV approving motions/stips & proposed consent decree. (dm) |
| 12-16-83 | 47-48 | MOTION(Lawrence Conley) to reconsider enrollment of counsel w/order denying same. NOE 12-16-83 by JB. (dm) |
| 12-21-83 | 49 | LETTER(Homer C. Singleton, Jr.) to all counsel of record opposing the proposed settlement consent decree & plan of operation of Calcasieu Par. School System pursuant to notice published in L.C. American Press. (dm) |
| 12-27-83 | 50 | MOTION(Homer C. Singleton, Jr.) to traverse adequacy of named representatives of the class and the adequacy of representation of counsel for the class. (dm) |
| 12-27-83 | 51 | ORDER(EEV) #50 will be heard on 1-30-84 at 9:00AM. NOE 12-27-83 by JB. (dm) |
| 12-27-83 | ---- | Received letter from Homer Singleton attaching motions to be considered at 1-30-84 hearing--EEV ordered Clerk to simply file in record. (dm) |
| 12-27-83 | 52 | LETTER(Homer Singleton) to EEV raising questions in re. to hearing of 1-30-84. (dm) |
| 12-29-83 | 53 | NOT. OF DEP.(Ds) of Homer C. Singleton, Jr. on 1-5-84. (dm) |
| | 54 | INITIAL OBJECTION/OPPOSITION(Ds) to Mr. Singleton's motion to traverse. (dm) |
| 01-11-84 | 55 | LETTER(Robert L. Holland) re opposition to proposed consent decree. (dm) |
| 01-13-84 | 56 | LETTER(Basile Miller) in opposition to proposed consent decree. (dm) |
| 01-13-84 | 57 | LETTER(Myrna Y. Carter) in opposition to proposed consent decree. (dm) |
| 01-13-84 | 58 | LETTER(Mrs. Judy Singleton) in opposition to proposed consent decree. (dm) |
| 01-16-84 | 59 | OBJECTIONS(Ps excluding Rickey Dale Conley) to the motion fld by Homer C. Singleton, Jr., to traverse adequacy of named representatives of the class and adequacy of representation of counsel for the class. (dm) |
| | 60 | LETTER(M/M James Simpson) in opposition to proposed consent decree. (dm) |
| | 61 | LETTER(M/M Agnus LeJeune, Jr.) in opposition to proposed consent decree. (dm) |
| | 62 | LETTER(M/M Eldon R. Bailey) in opposition to proposed consent decree. (dm) |
| | 63 | LETTER(M/M Ralph Jacobs) in opposition to proposed consent decree. (dm) |
| 01-17-84 | 64 | LETTER(William J. Casey) to EEV, advising that he wishes to speak at hearing of 1-30-84. (dm) |
| | 65 | LETTER(Linda Graham) to EEV, advising that she wishes to speak at hearing of 1-30-84. (dm) |
| 01-18-84 | 66 | AFFIDAVIT(Ps) of publication of notice of pendency of class action and proposed compromise and settlement. (dm) |
| 01-23-84 | 67 | OPPOSITION(D) to objections to consent decree and prehearing memorandum. (dm) |
| 01-26-84 | 68 | LETTER(Renee B. Terrell to EEV in opposition to proposed consent decree. (dm) |
| | 69 | LETTER(Billy R. and Mary C. Sanderford) to EEV in opposition to proposed consent decree. (dm) |
| 01-30-84 | 70 | MINUTES   from proposed consent decree hearing.  #50 denied. Hearing continued to 01-31-84. NOE 2-1-84 JB. (EEV/dm) |
| 01-31-84 | 71 | MINUTES   from proposed consent decree hearing.  Simultaneous briefs/findings & conclusions are to be filed by all parties w/i 15 days. Matter will be left open until 2-3-84 at 5:00 PM to allow students to express their feelings in writing. NOE 2-1-84. (EEV/dm) |

| | | |
|---|---|---|
| CIVIL DOCKET CONTINUATION SHEET | LAKE CHARLES DIVISION | |
| PLAINTIFF<br>CONLEY, Rickey Dale, ET AL | DEFENDANT<br>LAKE CHARLES SCHOOL BOARD, ET AL | DOCKET NO. 80-1709<br>PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 01-31-84 | 72 | SUPPLEMENT TO SCHOOL ZONE REALIGNMENTS. (dm) |
|  | 71 | PROPOSAL(?) for school attendance zone realignments of Ward 3 Schools. (dm) |
| 02-01-84 | 73 | LETTER(Lawrence H. Conley) to EEV certifying that Attorney Louis Berry has never represented him in any school case. (dm) |
| 02-15-84 | 74 | LETTER(Elray T. Victorian) to EEV re. consent decree hearing of 1-30-84. (dw) |
| 02-16-84 | 75 | MEMORANDUM(Ps). (dw) |
| 02-24-84 | ----- | TRANSCRIPT of proceedings before EEV on 1-30-84. (dw) |
| 03-28-84 | 76 | LETTER(Warren H. Combre) to EEV re hearings of 1-30/31-84. (dw) |
| 04-03-84 | 77 | RULING on FRCP § 23(e) Motion to Approve Proposed School Desegregation Plan - approved subject to suggested modification by the Ct. (EEV/ps) DKT-D 4-5-84. |
| 04-03-84 | 78 | POST-TRIAL MEMO(D) and suggested findings/conclusions. (dw) |
| 05-02-84 | 79 | NOTICE OF APPEAL (P) of ruling on 4/13/84 NOE: Ct. Appeals, Berry, Torry, Singleton w/app info ltr, Belfour, Katz, Veron. J. Williams, J. Benoit. Fee Paid NOE: 5/3/84 (pp) |
| 05-02-84 | 80 | LETTER(Richard Brown) to Atty Singleton asking that he substitute as counsel instead of Atty Berry. (dw) |
| 06-29-84 | -- | TRANSCRIPT of proceedings before Hon. Earl E. Veron beginning 1/30/84, (2 volumes)(ml) |
| 07-05-84 | -- | RECORD TRANSMITTED to Ct.Appeals. NOE: Berry, Torry, Singleton, Belfour, Katz (ml) |
| 01-11-85 | 81-82 | MANDATE & OPINION, 5th Cir.Ct.A. DISMISSED. NOE Veron, Benoit. Record Returned (ml) |
| 11-21-85 | 83 | REPORT(Calcasieu Parish School Board) in compliance w/Consent Decree, Order and Judgment. (ps) -X |
| 06-09-86 | 84 | REPORT(Calcasieu Parish School Board) in compliance w/Consent Decree, Order and Judgment (period 1-8-86 thru 5-30-86). (ps) -X |
| 06-03-86 | 85 | LETTER(Clerk) to Atty Katz to claim exhibits w/i 30 days. (dw) |
| 06-09-86 | 86 | CERTIFICATE(Clerk) that exhibits unclaimed by Atty Katz have been destroyed. (dw) |
| 10-17-86 | 87 | REPORT(Calcaisieu Parish School Board) in complaince w/Consent Decree, Order and Judgment (period 8-28-86 through 1-16-87). (ps) |
| 04-15-87 | 88 | REPORT(Calcasieu Parish School Board) in compliance w/Consent Decree, Order and Judgment (period March 23, 1987 through May 29, 1987 (ps) |
| 10-13-87 | 89 | REPORT (Calcasieu Parish School Board) in compliance w/consent Decree, Order and Judgment (period 8-26-87 thru 1-18-88) (dd) |
| 10-13-87 | 90 | REPORT (Calcasieu Parish School Board) in compliance w/consent Decree, Order and Judgment (period 8-26-87 thru 1-18-88) (dd) |
| 12-29-87 | 91 | REPORT (Calcasieu Parish School Board) in compliance w/consent Decree, Order and Judgment (period 1-8-86 thru 5-30-86 and 8-26-86 to 1-16-87) (dd)X-FOLDER |
| 07-19-88 | 92 | REPORT (Calcasieu Parish School Board) in Compliance w/Consent Decree, Order and Judgment (period 1-19-88 thru 5-30-88) (dd) |
| 07-29-88 | 93-94 | MOTION (P) to Strike Associate Counsel ref. to EEV (dd) |
| 08-01-88 | 94* | ORDER-P. Spencer Torry be stricken from records as assoc. counsel for Ps (EEV/dd) NOE/ln |
| 01-23-89 | 95 | REPORT (Calcasieu Parish School Board) in Compliance w/Consent Decree, Order & Judgment (period 8-22-88 thru 1-18-89) (dd) |
| 07-31-89 | 96 | REPORT (Calcasieu Parish School Board) in Compliance w/Consent Decree, Order & Judgment (period 1-19-89 thru 5-31-89) (dd) |
| 08-09-89 | 97 | REPORT (Calcasieu Parish School Board) in Compliance w/Consent Decree, Order & Judgment (period 1-19-89 thru 5-31-89) (dd) |
| 01-31-90 | 98 | REPORT (Calcasieu Parish School Board) in Compliance w/Consent Decree, Order & Judgment (period 8-24-89 thru 1-17-90) (ddc) |
| 7-17-90 | 99 | REPORT (Calcasieu Parish School Board) in Compliance w/Consent Decree, Order & Judgment (period 1-18-90 thru 5-30-90) (ch) |
| 2-21-91 | 100 | REPORT (Calcasieu Parish School Board) in Compliance w/Consent Decree, Order & Judgment (period 8-23-90 thru 1-17-91) (cag) |

```
: 111A
ev. 1/75)
```

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| CONLEY, Rickey Dale, et al | LAKE CHARLES SCHOOL BOARD | DOCKET NO. 80-1709<br>PAGE 5 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 2-22-91 | 101 | REPORT (Calcasieu Parish School Boad) in Compliance w/Consent Decree, Order & Judgment (period 8-23-90 thru 1-17-91) (cag) |
| 7-11-91 | 102 | REPORT (Calcasieu Parish School Board) in Compliance w/Consent Decree, Order & Judgment (period 1-19-91 - 5-31-91) (cag) |
| 1/24/02 | 103 | NOTICE OF DEFICIENT DOCUMENT sent to Robert C. Williams re: motion to appear pro hac vice for plaintiffs. Reason: Motion requires the following: 1) Certificate of Good Standing; 2) Affidavit re: disciplinary proceedings; 3) $25.00 fee for admission pro hac vice; and 4) Certificate of Service NOE by: sem (sem) |
| 02/11/02 | ---- | DOCUMENT #103 addressed to Homer C Singleton Jr at 338 Kirby St #1, Lake Charles LA 70601 marked Return to Sender - Not Deliverable as Addressed - Unable to Forward. (sjd) |
| 12/10/01 | 104 | Motion by Plaintiffs for Robert C Williams to Appear Pro Hac Vice. (sjd) |
| 02/11/02 | 105 | ORDER striking #104. (RHS/sjd) NOE by: sjd |
| 2/19/02 | 106 | SUPPLEMENTAL Motion (Plaintiffs) to Appear Pro Hac Vicel referred to Magistrate Judge Alonzo P Wilson. (sjd) |
| 11/26/02 | 107 | ORDER granting #106, Supplemental Motion to Appear Pro Hac Vice (signed by Magistrate Judge Alonzo P Wilson) NOE:kf (kf) |
| 2/16/02 | --- | DOCUMENT #107 addressed to Homer C Singleton Jr at 338 Kirby St #1, Lake Charles LA 70601 marked return to sender, not at this address- not deliverable as addressed - unable to forward |
| 5/01/12 | | ***ALL FUTURE ENTRIES MAY BE FOUND IN CM/ECF*** |

80-CV-1709