# United States Court of Appeals

### FOR THE FIFTH CIRCUIT

No. 84-4306

D. C. Docket No. CA-80-1709

RICKEY DALE CONLEY, ET AL.,

                                        Plaintiffs,

LAWRENCE H. CONLEY, ET AL.,

                                        Plaintiffs-Appellants,

versus

LAKE CHARLES SCHOOL BOARD,
G. W. FORD, Superintendent
CALCASIEU PARISH SCHOOL BOARD and
H. A. NORTON, Superintendent,

                                        Defendants-Appellees.

Appeal from the United States District Court for the
Western District of Louisiana

Before WISDOM, RANDALL and JOLLY, Circuit Judges.

## J U D G M E N T

This cause came on to be heard on the record on appeal and was argued by counsel;

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court that the appeal in the above styled and numberted cause be, and the same is hereby, dismissed;

IT IS FURTHER ORDERED that plaintiffs-appellants pay to defendants-appellees the costs on appeal, to be taxed by the Clerk of this Court.

December 17, 1984

ISSUED AS MANDATE: JAN 9 - 1985

A true copy 1/9/85
Test: GILBERT F. GANUCHEAU
Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
       Deputy

New Orleans, Louisiana

OP-JDT-11
Rev. 6/82

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
JAN 11 1985
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY