UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES         DIVISION

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
F I L E D
JUN 9 1986
ROBERT H. SHEMWELL, CLERK
BY_____
         DEPUTY

CONLEY

vs.
CALCASIEU PARISH SCHOOL BOARD       CA/CR No. ___80-1709___

### CERTIFICATE TO DESTROY EXHIBITS

This is to certify that all appellate delays have expired herein, and due notice of not less than thirty (30) days has been given to all counsel of record as required by Local Rule 24 of this Court, and the following exhibits have not been claimed by the attorney of record who introduced same at trial, they are now eligible for destruction:

| EXHIBIT NO. | EXHIBIT DESCRIPTION |
|---|---|
| D-4, D-5, D-6, D-7, D-8, | Maps showing School Zones and Census |
| D-9, D-10, D-11 and D-12 | "     "      "      "     "     " |

June 3, 1986
(Date)                                    (Courtroom Deputy)

Destruction of the above listed exhibits in captioned case is approved.

June 6, 1986
(Date)                                    (Chief Deputy)

I hereby certify that the above listed exhibits were destroyed on June 9, 1986.
(Date)

June 9, 1986
(Date)                                    (Courtroom Deputy)

