UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

JAN 2 4 2002

ROBERT H. SHEMWELL, CLERK
BY _____
                    DEPUTY

RICKEY DALE CONLEY, ET AL

VERSUS

LAKE CHARLES SCHOOL BOARD, ET AL

CIVIL ACTION NO. 2:80CV1709
JUDGE TRIMBLE

NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER OF DEFICIENT DOCUMENT: YOU MUST RETURN THIS NOTICE WITH ANY PAPERS FILED TO CORRECT THE PROBLEMS NOTED BELOW TO INSURE THAT THE DOCUMENT IN QUESTION WILL NOT BE REFERRED TO CHAMBERS FOR AN ORDER TO STRIKE. SEND ONLY THE REQUESTED PAGE OR PAGES. DO NOT SEND A COMPLETE NEW DOCUMENT UNLESS THAT IS WHAT WAS REQUESTED.**

The Motion to Appear Pro Hac Vice filed on December 10, 2001 on behalf of plaintiffs does not conform to the requirements for documents filed in this court for the reason or reasons noted below.

REASONS:

1) LR83.2.6W requires that a motion for leave to proceed *pro hac vice* "...must have attached to it a certificate by the presiding judge or clerk of the highest court of the state, or court of the United States, where he or she has been so admitted to practice, showing that the applicant attorney has been so admitted in such court, and that he or she is in good standing therein."

2) LR83.2.6W requires that "...the applicant attorney shall state under oath whether any disciplinary proceedings or criminal charges have been instituted against the applicant, and if so, shall disclose full information about the proceeding or charges and the ultimate determination, if any."

3) LR83.2.6W requires that "...the applicant attorney shall pay a $25.00 fee to the clerk of court and shall take the same oath as members of the bar of this court."

4) This document is not accompanied by a certificate of service as required by Fed.R.Civ.P. 5(d), which states that "All papers after the complaint required to be served upon a party, together with a certificate of service, shall be filed with the court within a reasonable time after service...."

If the deficiency is not corrected within ten (10)** days from date of this notice, the document will be referred to the court for a determination as to whether it should be stricken.

**\*\*Any and all deadlines for filing previously set remain in effect! Issuance of this deficiency notice does not amount to an extension of any deadline. If an extension of time within which to file is desired, the attorney must seek such extension from the assigned judge!**

Shreveport, Louisiana, January 24, 2002.

ROBERT H. SHEMWELL
CLERK OF COURT
By _____Shannon McInnis_____
                              Deputy Clerk

COPY SENT
DATE:   January 24, 2002
BY:     sem
TO:     JTTJR, Williams, Singleton, District Attorney for 14th JDC, Katz