FILED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE _02/11/02_
BY _____

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

RICKEY DALE CONLEY, ET AL.            CIVIL ACTION 2:80CV1709

VERSUS                               JUDGE TRIMBLE

LAKE CHARLES SCHOOL BOARD, ET AL.

## O R D E R

On December 10, 2001, a **"MOTION TO APPEAR PRO HAC VICE"** was filed on behalf of the Plaintiffs. This document was signed by attorney, Robert C. Williams, who is not admitted in this court. **LR83.2.6W** requires that a motion for leave to proceed pro hac vice must have attached to it, a certificate by the presiding judge or clerk of the highest court where he or she has been admitted to practice showing that the applicant attorney has been so admitted in such court and that the applicant is in good standing. Mover failed to provide a certificate. In addition, **LR83.2.6W** requires that the applicant attorney state under oath whether any disciplinary proceedings or criminal charges have been instituted against the applicant, and, if so, shall disclose full information about the proceeding or charges and the ultimate determination, if any. Mover failed to disclose under oath about disciplinary proceedings. Also, **LR83.2.6W** requires that the applicant attorney shall pay a $25.00 fee to the clerk of court and shall take the same oath as members of the bar of this court. Mover failed to pay the $25.00 and take the oath of this court. In addition, **Fed.R.Civ.P. 5(d)** requires that a certificate of service accompany this document. Mover failed to provide a certificate of service. Mover was notified of these deficiencies on January 24, 2002, but has failed to correct the deficiencies.

Accordingly,

   **IT IS ORDERED** that the **"MOTION TO APPEAR PRO HAC VICE"** submitted on behalf of the Plaintiffs on December 10, 2001, be and is hereby stricken from the record.

Shreveport, Louisiana this _11_ day of February, 2002.

ROBERT H. SHEMWELL
UNITED STATES MAGISTRATE JUDGE

COPY SENT:
DATE: 02/12/02
BY: ___
TO: Williams
    Singleton
    Katz
    αA, p-th JDC

(105)