UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**RICKEY DALE CONLEY ET AL**        **CASE NO.  2:80-CV-01709**

**VERSUS**        **JUDGE JAMES D. CAIN, JR.**

**LAKE CHARLES SCHOOL BOARD ET AL**

**ORDER**

After a review of the record, the court is of the opinion that the parties should move toward unitary status and termination of this long-dormant litigation. Accordingly, a status conference is set before the undersigned on February 11, 2026, at 10:30 am in chambers to discuss next steps. As noted by the Fifth Circuit, the correct name for the defendant school system is "Calcasieu Parish School Board." *See Conley v. Lake Charles Sch. Bd.*, 434 F.2d 35, 35 n. 1 (5th Cir. 1970). The clerk is requested to correct the misnomer in this matter by removing defendant "Lake Charles School Board" and renaming defendant "School Board of Calcasieu Parish" to "Calcasieu Parish School Board." The clerk is also requested to substitute Stephen C. Dwight, Calcasieu Parish District Attorney (La. Bar No. 28345) as counsel of record for defendant Calcasieu Parish School Board. Pursuant to Federal Rule of Civil Procedure 25(d), current Calcasieu Parish School Board superintendent Jason VanMetre is hereby substituted as defendant in place of former superintendent H.A. Norton.

**THUS DONE AND SIGNED** in Chambers on the 2nd day of February, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**