UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**RICKEY DALE CONLEY ET AL**  :  **CASE NO. 2:80-CV-01709**

**VERSUS**  :  **JUDGE JAMES D. CAIN, JR.**

**LAKE CHARLES SCHOOL BOARD ET AL**

### ORDER

In advance of the status conference set for February 11, 2026, **IT IS ORDERED** that this matter be **REOPENED**. **IT IS FURTHER ORDERED** that attorney Stephen C. Dwight be added as counsel of record for defendant Jason VanMetre and that defendant G.W. Ford, former superintendent, be terminated as a defendant from this matter because Mr. VanMetre has been substituted as current superintendent of Calcasieu Parish School Board under Federal Rule of Civil Procedure 25(d).

**THUS DONE AND SIGNED** in Chambers on the 4th day of February, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE