UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| **RICKEY DALE CONLEY,** *et al.* | * | |
| | * | **CIVIL ACTION NO. 80-1709** |
| versus | * | |
| | * | **JUDGE JAMES D. CAIN, JR.** |
| **CALCASIEU PARISH SCHOOL BOARD,** *et al.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**COMES NOW** undersigned counsel for Defendant Calcasieu Parish School Board ("Board"), who moves to enroll, as additional co-counsel of record for the Board, the following attorneys who are all admitted to practice before this Court:

**JOHN RICHARD BLANCHARD, T.A.**
Louisiana Bar Roll No. 37036
jblanchard@hamsil.com

**PAMELA WESCOVICH DILL**
Louisiana Bar Roll No. 31703
pdill@hamsil.com

**TIMOTHY JOSEPH RIVERIA**
Louisiana Bar Roll No. 39585
triveria@hamsil.com

**SCOTT R. THOMAS**
Louisiana Bar Roll No. 22635
sthomas@hamsil.com

Each of the identified attorneys are associated with the law firm of **HAMMONDS, SILLS, ADKINS, GUICE, NOAH & PERKINS, LLP**, 2431 South Acadian Thruway, Suite 600, Baton Rouge, Louisiana 70808, Telephone: (225) 923-3462; Facsimile: (225) 923-0315.

**WHEREFORE**, the undersigned respectfully requests that the above-named attorneys be enrolled as co-counsel of record for the Calcasieu Parish School Board in the above-captioned matter.

**RESPECTFULLY SUBMITTED,** this the 6th of February 2026.

**CALCASIEU PARISH SCHOOL BOARD**

/s/ *Gregory W. Belfour*
**Gregory W. Belfour**
Louisiana Bar Roll No. 02914
gwb@jonestete.com
Jones, Tete, Fonti & Belfour, L.L.P.
P.O. Box 1930 (70602)
1135 Lakeshore Drive
Sixth Floor
Lake Charles, LA 70601
Telephone: (337) 439-8315
Facsimile: (337) 436-56506