**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RICKEY DALE CONLEY,** *et al.* | * |
| | *     **CIVIL ACTION NO. 80-1709** |
| versus | * |
| | *     **JUDGE JAMES D. CAIN, JR.** |
| **CALCASIEU PARISH SCHOOL BOARD,** *et al.* | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court, having considered the foregoing Motion to Enroll Additional Counsel of Record and finding the Motion to be well taken, hereby:

ORDERS that the Motion to Enroll Additional Counsel of Record be and is hereby GRANTED and that the following counsel be enrolled as counsel of record for Defendant Calcasieu Parish School Board:

**JOHN RICHARD BLANCHARD, T.A.**
Louisiana Bar Roll No. 37036
jblanchard@hamsil.com

**PAMELA WESCOVICH DILL**
Louisiana Bar Roll No. 31703
pdill@hamsil.com

**TIMOTHY JOSEPH RIVERIA**
Louisiana Bar Roll No. 39585
triveria@hamsil.com

**SCOTT R. THOMAS**
Louisiana Bar Roll No. 22635
sthomas@hamsil.com

**SO ORDERED**, this the ____ day of _____ 2026.

_____
**UNITED STATES DISTRICT COURT JUDGE**