UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICKEY DALE CONLEY,** *et al.* | * | |
| | * | **CIVIL ACTION NO. 80-1709** |
| **VERSUS** | * | |
| | * | **JUDGE JAMES D. CAIN, JR.** |
| **CALCASIEU PARISH SCHOOL BOARD,** *et al.* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The Court, having considered the foregoing Motion to Enroll Additional Counsel of Record and finding the Motion to be well taken, hereby:

ORDERS that the Motion to Enroll Additional Counsel of Record be and is hereby GRANTED and that the following counsel be enrolled as counsel of record for Defendants:

> **MORGAN BRUNGARD**
> Louisiana Bar Roll No. 40298
> brungardm@ag.louisiana.gov
> Deputy Solicitor General
> Louisiana Department of Justice
> 1885 N. Third St., Baton Rouge, LA 70802
> (225) 326-6766.

**SO ORDERED**, this the 11th day of February 2026.

_____
UNITED STATES DISTRICT COURT JUDGE