UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **RICKEY DALE CONLEY ET AL** | **CASE NO. 2:80-CV-01709** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **CALCASIEU PARISH SCHOOL BOARD ET AL** | |

## MINUTES

A status conference was held before the undersigned in chambers on February 11, 2026. Participating along with the undersigned were counsel Gregory Belfour, John Blanchard, Morgan Brungard, and Stephen Dwight, along with Calcasieu Parish School Board Superintendent Jason VanMetre, and Dr. Daryl Burckel. The court convened the conference to discuss the overall status of this litigation. The court also appointed Dr. Burckel as an expert pursuant to Federal Rule of Evidence 706(a) to examine the present financial status of the Calcasieu Parish School Board ("CPSB") and student achievement at CPSB.

**THUS DONE AND SIGNED** in Chambers on the 11th day of February, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE