**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

**RICKEY DALE CONLEY ET AL** — **CASE NO. 2:80-CV-01709**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**CALCASIEU PARISH SCHOOL BOARD ET AL**

# ORDER

The court hereby appoints Michael C. Hefner as an expert pursuant to Federal Rule of Evidence 706(a) to review demographic issues in Calcasieu Parish in relation to the court's evaluation of whether Calcasieu Parish School Board has achieved unitary status.

**THUS DONE AND SIGNED** in Chambers on the 9th day of March, 2026.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**